Charles Davis BURRELL,
Plaintiff–Appellant,

v.

JAMES RIVER BUS LINES, INCOR-
PORATED, Defendant–Appellee.

No. 02–1728.

United States Court of Appeals,
Fourth Circuit.

Submitted June 9, 2003.

Decided June 20, 2003.

Charles Davis Burrell, Appellant Pro Se. Charles Michael Sims, Leclair Ryan, P.C., Richmond, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles Davis Burrell appeals the district court's order granting summary judgment to Defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Burrell v. James River Bus Lines, Inc.*, No. CA–01–652–3 (E.D.Va. May 29, 2002). Burrell's motion to amend is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*